Matthew B. McReynolds, State Bar No. 234797
Ronald Hackenberg, State Bar No. 315144
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
Tel.: (916) 857-6900
Fax: (916) 857-6902
E-mail: mmcreynolds@pji.org

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGG CRAWFORD,<br><br>    Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY,<br><br>    Defendant. | Case No.: 5:21-cv-01519-JGB-SHK<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE**<br><br>Trial Date: August 1, 2023 |

## NOTICE OF SETTLEMENT OF ENTIRE CASE

Plaintiff, Gregg Crawford, through his counsel of record, hereby notifies the Court that the above-captioned case has been resolved by signed agreement of the parties, and Plaintiff requests that all pending hearing dates be vacated. On June 23, 2023, a written settlement agreement was fully executed by all parties and resolves all claims and disputes. The parties expect that the funds agreed upon in the settlement will be disbursed within 30 days of the date of settlement, at which time the Plaintiff will request dismissal of this action with prejudice.

Respectfully submitted this 23rd day of June 2023,

/s/ Matthew B. McReynonds
Matthew B. McReynolds
Deputy Chief Counsel
Ronald Hackenberg
PACIFIC JUSTICE INSTITUTE
P.O. Box 276600
Sacramento, CA 95827
(916) 857-6900
mmcreynolds@pji.org

*Attorneys for Plaintiff*