| | |
|---|---|
| 1 | Matthew B. McReynolds, State Bar No. 234797 |
| | Ronald Hackenberg, State Bar No. 315144 |
| 2 | PACIFIC JUSTICE INSTITUTE |
| | P.O. Box 276600 |
| 3 | Sacramento, CA 95827 |
| | Tel.: (916) 857-6900 |
| 4 | Fax: (916) 857-6902 |
| 5 | E-mail: mmcreynolds@pji.org |
| 6 | *Attorneys for Plaintiff* |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG CRAWFORD, | Case No.: 5:21-cv-01519-JGB-SHK |
| Plaintiff, | **ORDER GRANTING STIPULATED REQUEST FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |
| v. | |
| TRADER JOE'S COMPANY, | |
| Defendant. | |

ORDER

-1-

**ORDER**

The parties having jointly requested dismissal of this action in its entirety, it is now ordered that the case be dismissed with prejudice.

DATED: July 25, 2023

THE HONORABLE JESUS G. BERNAL
U.S. DISTRICT COURT JUDGE